# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

REBECCA ROWLAND                                                                    PLAINTIFF

V.                             NO. 3:09CV00213 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                            DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered in favor of Defendant, dismissing this case, with prejudice.

DATED this 10th day of March, 2011.

_____
UNITED STATES MAGISTRATE JUDGE